Dan KERNS, et al., Respondents,

v.

HY–VEE, INC., Appellant.

No. WD 68629.

Missouri Court of Appeals, Western District.

Oct. 28, 2008.

William S. Lewis, and Co–Counsel, Haley M. Peerson, Smithville, MO, for appellant.

Joseph W. Elliott, and Co–Counsel Benjamin S. Creedy, St. Joseph, MO, for respondent.

Before Div II SMART P.J.,
HARDWICK and WELSH, JJ.

### Order

PER CURIAM.

Hy–Vee, Inc. appeals from a judgment awarding damages to Dan Kerns on his slip and fall negligence claim.  For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.  Rule 84.16(b).